UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER J. PARKHURST : | |
|     Plaintiff : | |
| : | |
| v. : | C.A. No.: 21- |
| : | |
| SUPERIOR DRYWALL, INC., : | |
| AD DRYWALL CORP., and : | |
| HANOVER RS CONSTRUCTION, LLC : | |
|     *Defendants.* : | |

# **COMPLAINT**

1. Plaintiff Christopher Parkhurst ("Plaintiff" or "Mr. Parkhurst") is a citizen of Rhode Island and resides in Pascoag, Rhode Island.

2. Upon information and belief, Superior Drywall, Inc. ("Superior") is a commercial drywall subcontractor that performed work in connection with the construction of a building in Cambridge, Massachusetts ("the Project").

3. Upon information and belief, AD Drywall Corp. ("AD") is a commercial drywall subcontractor engaged by Superior that also performed work in connection with the construction of the Project.

4. Upon information and belief, Hanover RS Construction, LLC ("Hanover") was the general contractor engaged by the owner and had overall responsibility to maintain a safe work area for construction workers at the Project.

5. Upon information and belief, Superior is a Massachusetts corporation with its principal place of business in Fall River, Massachusetts.

6. Upon information and belief, AD is a Massachusetts corporation with its principal place of business in Methuen, Massachusetts.

7. Upon information and belief, Hanover is a Delaware corporation with its principal place of business in Houston, Texas.

8. Jurisdiction is proper pursuant to 28 U.S.C. §1332 because of diversity and the amount in controversy exceeds $75,000.

9. On or about May 22, 2018, Plaintiff was on the Project employed as an HVAC installation technician assisting with the installation of HVAC equipment.  At all times Plaintiff was in the exercise of due care.

10. While at the Project, Plaintiff walked by unsecured sheetrock that without warning fell onto the Plaintiff's right leg crushing his leg.

11. Plaintiff was trapped under sheetrock for approximately ten minutes.

12. Plaintiff suffered injuries to his right knee and leg, including three fractures.

13. Defendants AD and Superior owned and/or had control of the sheetrock that fell onto Plaintiff and caused his injuries.

14. Defendants AD and Superior created and/or allowed a dangerous condition to exist by allowing for unsecured sheetrock in the work area and failing to warn others of the danger.

15. As a result of the injuries, Plaintiff has incurred medical expenses and will require future medical care.

16. Plaintiff as a result of his injuries was unable to work and will likely sustain future lost earnings.

COUNT I – NEGLIGENCE - SUPERIOR DRYWALL, INC. and AD DRYWALL CORP

17. Plaintiff incorporates the above paragraphs into this Count I.

18. The Defendants Superior and AD owed a duty of care to the Plaintiff.

19. Defendants negligently breached the duty of care, causing the Plaintiff to be injured.

20. As a direct and proximate result, the Plaintiff has been damaged.

WHEREFORE, Plaintiff demands that he be awarded compensation for past and future medical expenses, lost earnings, future lost earnings, pain and suffering, all other appropriate relief and interest and costs.

### COUNT II – NEGLIGENCE - HANOVER RS CONSTRUCTION, LLC

21. Plaintiff incorporates the above paragraphs into this Count I.

22. Defendant Hanover owed a duty to the Plaintiff and other workers on the Project to maintain a work area that was reasonably safe.

23. Defendant Hanover breached that duty when it failed to correct or warn of the dangerous condition.

24. As a direct and proximate result of the breach, Plaintiff was injured.

WHEREFORE, Plaintiff demands that he be awarded compensation for past and future medical expenses, lost earnings, future lost earnings, pain and suffering, all other relief that the Court deems just and appropriate and interest and costs.

### JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,

CHRISTOPHER J. PARKHURST,
By his Attorneys,

PANNONE LOPES DEVEREAUX & O'GARA LLC


*/s/ Matthew C. Reeber*
Matthew C. Reeber (##670667)
1301 Atwood Avenue, Suite 215 N
Johnston, RI 02919
(401) 824-5100
(401) 824-5123 (fax)
mreeber@pldolaw.com

Dated: May 19, 2021

4